ALBERT S. ALLEN, JR., et al., as Administrators of ALBERT S. ALLEN, Deceased, Respondents, v. GENERAL ELECTRIC COMPANY et al., Appellants.

*Negligence — death from short circuit due to failure to remove packing blocks from transformer — manufacturer liable for failure to give notice and installer for failure to properly inspect.*

*Allen v. General Electric Co.*, 211 App. Div. 834, affirmed.
(Argued June 11, 1925; decided July 15, 1925.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 5, 1925, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendants. Intestate was killed as a result of a short circuit of electricity in new transformers just installed by the Niagara Falls Power Company in its switching tower at North Tonawanda. It is claimed that the short circuit was due to the presence of wooden packing blocks placed in these transformers by the defendant General Electric Company, the manufacturer, to protect the coils of the transformers against damage in transit, and which defendant Niagara Falls Power Company had failed to remove before turning on the current. The manufacturer was held liable for failure to give notice of the placing of the blocks within the transformer and the installing company for failure to properly inspect before turning on current.

*Welles V. Moot* for General Electric Company, appellant.

*Franklin D. L. Stowe* for Niagara Falls Power Company, appellant.

*Hamilton Ward* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, McLAUGHLIN, CRANE and LEHMAN, JJ. Absent: POUND, J. Not sitting: ANDREWS, J.